IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**WANDA ANDERSON, ET AL**                                                           **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO. 5:11-cv-103-DPJ-FKB**

**ENTERGY OPERATIONS, INC.**                                                       **DEFENDANT**

## FINAL JUDGMENT

Pursuant to the agreement of the parties, this case is dismissed with prejudice, with the parties to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 16th day of April, 2014.

*s/ Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE


APPROVED:

s/ Brooks Eason
Brooks Eason (MS Bar No. 5286)
Attorney for Defendant

s/ R. Glenn Cater
R. Glenn Cater (LA Bar No. 4048)
Attorney for Plaintiffs